## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered: April 23, 2015                518973
_____

In the Matter of ISIAH WATERS,
                    Petitioner,

        v

ANTHONY J. ANNUCCI, as Acting             MEMORANDUM AND JUDGMENT
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____

Calendar Date:  February 24, 2015

Before:  McCarthy, J.P., Egan Jr., Lynch and Clark, JJ.

                    _____

        Isiah Waters, Stormville, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondent.

                    _____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Clinton County)
to review a determination of respondent which found petitioner
guilty of violating a prison disciplinary rule.

        Determination confirmed.  No opinion.

        McCarthy, J.P., Egan Jr., Lynch and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court